ERIC DANIELS et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Submitted June 26, 2006; decided September 12, 2006

Motion, insofar as made by Robin Daniels for leave to appeal, dismissed upon the ground that Robin Daniels, having not appealed to the Appellate Division, is not a party aggrieved (*see* Karger, Powers of the New York Court of Appeals § 11:9, at 393 [rev 3d ed 2005]); motion, insofar as made by Eric Daniels for leave to appeal, denied.

In the Matter of ELLIS EILAND, Appellant, v THOMAS POOLE, as Superintendent of Five Points Correctional Facility, Respondent.

Submitted September 5, 2006; decided September 12, 2006

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

HONG MAI, Appellant, v SOUTHEAST PRODUCE et al., Respondents.

Submitted July 3, 2006; decided September 12, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.